CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for the United States of America and
Federal Bureau of Prisons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-05333-LJC<br><br>**STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE; [PROPOSED ORDER]**<br><br>Date:    February 5, 2026<br>Time:    1:30 p.m.<br>Location:  Zoom<br><br>The Honorable Lisa J. Cisneros |

    Subject to the Court's approval, plaintiff Bonnie Sanchez ("Plaintiff") and defendants the United States of America ("United States") and Federal Bureau of Prisons ("BOP," and together with the United States, "Federal Defendants,"[1] and together with Plaintiff, the "Parties") hereby stipulate as follows:

    WHEREAS, On January 20, 2026, the Court issued an order relating the above-captioned case to

---

[1] For the avoidance of doubt, the United States Attorney's Office currently does not represent defendants Emily Dixon, "Ms. Thompson," and/or "Dr. Wiggins" in their individual capacity and is not making an appearance on behalf of those defendants in their individual capacity.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]
No. 3:25-cv-05333-LJC           1

six later-filed cases, all of which were filed by the same counsel.  ECF No. 29.[2]

WHEREAS, the plaintiffs in the seven related cases intend to dismiss the individual defendants in each of those cases;

WHEREAS, the remaining Parties in the seven related cases (*i.e.*, each respective plaintiff, the United States of America, and the Bureau of Prisons) intend to propose a bellwether process pursuant to which Federal Defendants raise various defenses, including *inter alia* venue and subject matter jurisdiction, in the above-captioned case (the lowest-numbered of the related cases), which will then inform how the remaining six cases may proceed;

WHEREAS, while preparing for the February 5, 2026 case management conference in the above-captioned case, Federal Defendants advised Plaintiff of some of the venue and subject matter jurisdiction challenges that they intend to raise in the proposed bellwether process;

WHEREAS, to make the proposed bellwether process as streamlined and as efficient as possible, and to reduce burdens on the Court, the Parties have agreed that Plaintiff in the above-captioned case should file an amended complaint before Federal Defendants file the bellwether motion;

WHEREAS, to allow the Parties sufficient time to engage in negotiations regarding amendment, the Parties stipulate, subject to Court approval, that the February 5, 2026 case management conference should be continued to April 16, 2026 at 1:30 p.m.

WHEREAS, although there are no pending deadlines in the six related cases, the plaintiffs (all of whom are represented by the undersigned plaintiff's counsel), the United States of America, and the Bureau of Prisons would stipulate to stay the six related cases to allow the bellwether process to proceed in the above-captioned case (and are prepared to file stay stipulations in the six related cases to the extent they are directed to do so by the Court).

IT IS SO STIPULATED.

//

---

[2] The six later-filed cases are *Baldridge v. United States of America, et al.*, No. 25-cv-05334-LJC (N.D. Cal.); *Johnson v. United States of America, et al.*, No. 25-cv-05336- LJC (N.D. Cal.); *Travis v. United States of America, et al.*, No. 25-cv-05337- LJC (N.D. Cal.); *Calvillo v. United States of America, et al.*, No. 25-cv-05338- LJC (N.D. Cal.); *Cisneros v. United States of America, et al.*, No. 25-cv-05339- LJC (N.D. Cal.); *Leyva v. United States of America, et al.*, No. 25-cv-05340- LJC (N.D. Cal.).

DATED:  January 29, 2026                     Respectfully submitted,


                                             CRAIG H. MISSAKIAN
                                             United States Attorney

                                             /s/ Jevechius D. Bernardoni*
                                             JEVECHIUS D. BERNARDONI
                                             Assistant United States Attorney

                                             Attorneys for Defendants

DATED:  January 29, 2026                     /s/ Laura Elizabeth Brown
                                             LAURA ELIZABETH BROWN
                                             NICHOLAS J.P. WAGNER

                                             Attorneys for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the February 5, 2026 case management conference is hereby continued to April 16, 2026 at 1:30 p.m.  The parties shall file a joint initial case management statement by April 9, 2026.

IT IS SO ORDERED.

DATED: January 30, 2026

_____
THE HONORABLE LISA J. CISNEROS