CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for the United States of America and
Federal Bureau of Prisons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-05333-LJC<br><br>**STIPULATION AND ORDER REGARDING AMENDED COMPLAINT** |

As directed by the Court (ECF No. 32), plaintiff Bonnie Sanchez ("Plaintiff") and defendants the United States of America ("United States") and Federal Bureau of Prisons ("BOP," and together with the United States, "Federal Defendants," and together with Plaintiff, "Parties") respectfully submit this stipulation and proposed order regarding an amended complaint.

The Parties have met and conferred and NOW AGREE, subject to Court approval, that Plaintiff shall file an amended complaint in the above-captioned matter on or before February 27, 2026. The Parties further agree, subject to Court approval, that Federal Defendants shall file any responsive pleading within 30 days thereafter.

STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT
No. 3:25-cv-05333-LJC                    1

IT IS SO STIPULATED.

DATED: February 12, 2026                    Respectfully submitted,

                                            CRAIG H. MISSAKIAN
                                            United States Attorney

                                            /s/ Jevechius D. Bernardoni*
                                            JEVECHIUS D. BERNARDONI
                                            Assistant United States Attorney

                                            Attorneys for Federal Defendants

DATED: February 12, 2026                    /s/ Laura Elizabeth Brown
                                            LAURA ELIZABETH BROWN
                                            NICHOLAS J.P. WAGNER

                                            Attorneys for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION AND ORDER REGARDING AMENDED COMPLAINT No. 3:25-cv-05333-LJC                    2

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT Plaintiff shall file an amended complaint in the above-captioned matter on or before February 27, 2026.  It is FURTHER ORDERED that Federal Defendants shall file any responsive pleading within 30 days thereafter.

IT IS SO ORDERED.

DATED:  February 12, 2026

_____

THE HONORABLE LISA J. CISNEROS

STIPULATION AND ORDER REGARDING AMENDED COMPLAINT No. 3:25-cv-05333-LJC                                    1