CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for the United States of America and
Federal Bureau of Prisons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANCHEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-05333-LJC<br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND TO CONTINUE DATES RELATED TO DEFENDANTS' MOTION TO TRANSFER OR DISMISS; [PROPOSED ORDER]** **MODIFIED**<br><br>Date:      April 16, 2026<br>Time:      1:30 p.m.<br>Location: Zoom<br><br>The Honorable Lisa J. Cisneros |

Subject to the Court's approval, plaintiff Bonnie Sanchez ("Plaintiff") and defendants the United States of America ("United States") and Federal Bureau of Prisons ("BOP," and together with the United States, "Defendants," and together with Plaintiff, the "Parties") hereby stipulate as follows:

WHEREAS, on March 29, 2026, Defendants filed a motion to transfer or dismiss. ECF No. 36. Plaintiff's opposition is due on April 13, 2026; and

WHEREAS, Plaintiff's counsel is currently in trial through April 24, 2026;

WHEREAS, the Parties stipulate, subject to Court approval, that Plaintiff's opposition to Defendants' motion to transfer or dismiss be continued from April 13, 2026 to May 8, 2026;

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
No. 3:25-cv-05333-LJC                    1

WHEREAS, the Parties stipulate, subject to Court approval, that the hearing on Defendants' motion to transfer or dismiss be continued from May 12, 2026 to a date not earlier than June 2, 2026 at 10:30 a.m.; and

WHEREAS, the Parties stipulate, subject to Court approval, that the April 16, 2026 case management conference should be vacated and, if necessary, reset after the pending motion to dismiss or transfer is decided.

IT IS SO STIPULATED.

DATED:  April 9, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*\*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

DATED:  April 9, 2026

*/s/ Laura Elizabeth Brown*
LAURA ELIZABETH BROWN
NICHOLAS J.P. WAGNER

Attorneys for Plaintiff

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

[PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the April 16, 2026 case management conference is hereby ~~vacated.  The Court will reset the case management conference, if necessary, after the pending motion to transfer or dismiss is resolved.~~ continued to July 16, 2026.

It is FURTHER ORDERED THAT that Plaintiff's opposition to Defendants' motion to transfer or dismiss is continued to May 8, 2026 and that the hearing on Defendants' motion to transfer or dismiss be continued to June 9, 2026 at 1:30 p.m. via Zoom Webinar.

IT IS SO ORDERED.

DATED: April 10, 2026

_____
THE HONORABLE LISA J. CISNEROS

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]
No. 3:25-cv-05333-LJC                                    1