CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for the United States of America and
Federal Bureau of Prisons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>        Defendants. | Case No. 3:25-cv-05333-LJC<br><br>**STIPULATION REGARDING DATES RELATED TO DEFENDANTS' MOTION TO TRANSFER OR DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE; ORDER AS MODIFIED**<br><br>Date:        July 16, 2026<br>Time:        1:30 p.m.<br>Location: Zoom<br><br>The Honorable Lisa J. Cisneros |

Subject to the Court's approval, plaintiff Bonnie Sanchez ("Plaintiff") and defendants the United States of America ("United States") and Federal Bureau of Prisons ("BOP," and together with the United States, "Defendants," and together with Plaintiff, the "Parties") hereby stipulate as follows:

WHEREAS, on March 29, 2026, Defendants filed a motion to transfer or dismiss. ECF No. 36.

WHEREAS, on April 9, 2026, the Parties submitted a stipulation to continue the case management conference and the dates related to Defendants' motion to transfer or dismiss. ECF No. 40.

WHEREAS, on April 10, 2026, the Court granted the Parties' stipulation and continued the initial

case management conference to July 16, 2026; continued the hearing on Defendants' motion to transfer or dismiss to June 9, 2026; and continued the deadline for Plaintiff's opposition to Defendants' motion to transfer or dismiss to May 8, 2026.  ECF No. 41.

WHEREAS, Defendants' counsel will be on pre-scheduled annual leave on June 9, 2026 and July 16, 2026; and

WHEREAS, Plaintiff's counsel has requested, and Defendants have agreed, to a two-week extension to the May 8, 2026 deadline for Plaintiff to respond to the motion to transfer or dismiss.

NOW THEREFORE, subject to Court approval, the Parties agree that (1) the deadline for Plaintiff's opposition to Defendants' motion to transfer or dismiss should be continued from May 8, 2026 to a date not earlier than May 22, 2026, (2) the hearing on Defendants' motion to transfer or dismiss should be continued from June 9, 2026 to June 23, 2026, and (3) the July 16, 2026 initial case management conference should be continued to a date not earlier than August 17, 2026.

IT IS SO STIPULATED.

DATED:  May 6, 2026                                     Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Attorneys for the
United States of America and
Federal Bureau of Prisons

DATED:  May 6, 2026                                     /s/ Laura Elizabeth Brown
LAURA ELIZABETH BROWN
NICHOLAS J.P. WAGNER

Attorneys for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION REGARDING CASE SCHEDULE;  ORDER
No. 3:25-cv-05333-LJC                                   2

**ORDER AS MODIFIED**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT (1) the deadline for Plaintiff's opposition to Defendants' motion to transfer or dismiss is continued from May 8, 2026 to May 22, 2026, (2) the hearing on Defendants' motion to transfer or dismiss is continued from June 9, 2026 to June 23, 2026, and (3) the July 16, 2026 initial case management conference is continued to August 20, 2026. The Court will reset the case management conference, if necessary, after the pending motion to transfer or dismiss is resolved.

IT IS SO ORDERED.

DATED: May 7, 2026

_____
THE HONORABLE LISA J. CISNEROS

STIPULATION REGARDING CASE SCHEDULE; ORDER
No. 3:25-cv-05333-LJC                                        1